UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-327 JVS (JPRx) | Date | October 23, 2013 |
| Title | Medtronic Inc. v. Edwards Lifesciences Corporation | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Directing Filing of Motions Index

       The parties have noticed a number of Motions *in Limine* for November 18, 2013. (Docket Nos. 434 *et seq.*) Since the scheduling conference, the Court has added to the following requirement for motions practice to its standard Order for Jury Trial:

> Motions Index. If any motion or set of motions concurrently noticed involves more than three pleadings, the moving party shall file within three days of filing an index of the moving papers (e.g., notice, memorandum of points an authorities, declaration) with the name of each pleading and the docket number. Within three days of filing reply papers, the moving party shall file an updated index of all moving papers, all opposition papers, and all reply papers with the name of each pleading and the docket number.

The Court has found that an index greatly assists the Court to ensure that it has reviewed all relevant pleadings before issuing its tentative rulings, particularly where multiple declarations are filed separately. Where redacted pleadings have been filed, the index should refer to the unredacted version.

       The Court thanks the parties for their cooperation.[1]

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | kjt | |

---

[1] Apparently, the Court's standard Order for Jury Trial was not issued following the July 9, 2012 scheduling conference. (Docket Nos. 39, 41.) The current Order is being issued now.