UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-00327-JVS (MLGx) | Date | November 5, 2013 |
| Title | Medtronic Inc. v. Edwards Lifesciences Corp., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stacie Oberts / Martin Lueck | Catherine Nyarady / Nicolas P. Groombridge |
| | William O'Hare / Kripa Raman / Alexis Cohen |

**Proceedings:**   Status Conference

     Cause called and counsel make their appearances via telephone.  The Court and counsel confer regarding scheduling.   The Court will further discuss scheduling at the hearing set for November 18, 2013.

                                                                                                       : 08

Initials of Deputy Clerk   Kjt