JS-6

David Martinez, Bar No. 193183
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

Attorneys for Plaintiff and Counterclaim-Defendant
MEDTRONIC, INC.

William S. O'Hare, Bar No. 082562
wohare@swlaw.com
**SNELL & WILMER L.L.P.**
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Catherine Nyarady (*pro hac vice*)
cnyarady@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendants and Counterclaim-
PLAINTIFFS EDWARDS LIFESCIENCES
CORPORATION, EDWARDS LIFESCIENCES
LLC, and EDWARDS LIFESCIENCES (U.S.)
INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>　　　v.<br><br>EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, AND EDWARDS LIFESCIENCES (U.S.) INC.,<br><br>　　　Defendants and Counterclaim-Plaintiffs. | Case No.  SACV12 00327 JVS (JPRx)<br>Hon. James V. Selna<br>Magistrate Judge Jean P. Rosenbluth<br><br>**ORDER OF DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL

# ORDER

This matter coming before the Court on a Joint Stipulation and Motion to Dismiss by the parties, **IT IS HEREBY ORDERED**:

That all claims, counterclaims and defenses between the parties are dismissed with prejudice. Each party will bear its own (and waive all entitlements to) court fees, attorney fees, costs, and expenses.

IT IS SO ORDERED.

Dated: May 29, 2014

*/s/ James V. Selna*

Honorable James V. Selna
United States District Judge